## 57820. CROWDER v. CLARK.

SMITH, Judge.

The trial court's judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED MAY 9, 1979 — DECIDED SEPTEMBER 7, 1979.

*Ben F. Smith,* for appellant.
*Marston C. Brown,* for appellee.